DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, HENRIQUE REAL

```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
              COUNSEL/PARTIES OF RECORD

              NOV 1 0 2016

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * *

UNITED STATES OF AMERICA         )
                                 )
        Plaintiff-Appellee       )
                                 )
v.                               )   CASE NO: 2:16-mj-00738-CWH
                                 )
HENRIQUE REAL,                   )
                                 )
        Defendant-Appellant      )
_____)

## SUBSTITUTION OF ATTORNEY

HENRIQUE REAL, Defendant hereby substitutes DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law office of CHESNOFF & SCHONFELD, 520 South Fourth Street, Las Vegas, Nevada 89101, telephone number [702] 384-5563, as attorney of record in place and stead of DANIEL C. COE, AFPD.

DATED this 10th day of November, 2016.

_____
HENRIQUE REAL, Defendant

I consent to the above substitution.

DATED this 10th day of November, 2016.

_____
DANIEL C. COE, AFPD

We are dully admitted to practice in this District.

Above substitution accepted.

DATED this 10th day of November, 2016.

_____
DAVID Z CHESNOFF, ESQ.

_____
RICHARD A. SCHONFELD, ESQ.

RETAINED __X__          APPOINTED BY COURT _____

**APPROVED**

DATED _November 10, 2016_

_____
UNITED STATES DISTRICT JUDGE